# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martha Jeffries<br><br>        Plaintiff(s)<br><br>v.<br><br>The Home Depot USA, Inc.<br><br>        Defendant(s) | CASE No 4:17-cv-06512-KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** *(specify process and provider)*
  MEDIATION

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: January 23, 2018

                            Martha Jeffries
                            Attorney for Plaintiff

Date: January 23, 2018

                            Home Depot USA, Inc.
                            Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 1/24/18

                            Kandis Westmore
                            U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

Form ADR-Stip rev. 1-2017